IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rama Krishna Mohan
Bhamidipati,

      Plaintiff,                            Case No. 2:24-cv-3119
                                               Judge James L. Graham
      v.                                    Magistrate Judge Deavers

Marcy Kaptur, et al.,

      Defendants.

Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 25), which recommended that the Court dismiss Plaintiff's claims against Defendant Sylvania Township Police or Office of Chief of Police, Danilynn Miller and Defendant Jessica Parker with prejudice under Rule 41(b). Under Rule 41(b), the Court is authorized to involuntarily dismiss claims for failure to prosecute or to comply with rules of procedure or court orders.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report will result in a waiver of the right to de novo review by the District Judge and waiver of the right to appeal the judgment of the District Court. (ECF No. 25 at 2-3). The time period for filing objections to the report and recommendation has expired and no party has objected to the report and recommendation.

The Court has reviewed and agrees with the Report and Recommendation and **ADOPTS** the same. Plaintiff's claims against Defendant Sylvania Township Police or Office of Chief of Police, Danilynn Miller and Defendant Jessica Parker are hereby **DISMISSED WITH PREJUDICE.**

                                                                           s/ James L. Graham
                                                                           JAMES L. GRAHAM
                                                                            United States District Judge

DATE: October 18, 2024